JASON M. FRIERSON
United States Attorney
Nevada Bar Number 7709
JUSTIN WASHBURNE
Assistant United States Attorneys
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Telephone: 702.388.6378
Justin.Washburne@usdoj.gov
*Attorneys for the United States*

FILED _____    RECEIVED ✓
ENTERED _____    SERVED ON _____
COUNSEL/PARTIES OF RECORD

JUN 2 7 2023

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:23-mj-00548-DJA |
| Plaintiff, | ORDER **to Extend Deadlines to Conduct Preliminary Hearing and File Indictment (First Request)** |
| v. | |
| ALEXIS HUMBERTO LOPEZ-CACERES, <br> aka "ALEXIS LOPEZ" <br> aka "ALEXIS CACERES" <br> aka "ALEXIS CACERES-LOPEZ," | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M.

Frierson, United States Attorney, and Justin Washburne, Assistant United States Attorney,

counsel for the United States of America, and T. Kenneth Lee, Assistant Federal

Public Defender, counsel for Defendant ALEXIS HUMBERTO LOPEZ-CACERES that

the Court schedule the preliminary hearing in this case for no earlier than 75 days from the

date of the filing of this stipulation. This request requires that the Court extend two

deadlines: (1) that a preliminary hearing be conducted within 14 days of a detained

1   defendant's initial appearance, *see* Fed. R. Crim. P. 5.1(c); and (2) that an information or

2   indictment be filed within 30 days of a defendant's arrest, *see* 18 U.S.C. § 3161(b).

3          This stipulation is entered into for the following reasons:

4          1.      The United States Attorney's Office has developed an early disposition

5   program for immigration cases, authorized by the Attorney General pursuant to the

6   PROTECT ACT of 2003, Pub. L. 108-21.

7          2.      The early disposition program for immigration cases is designed to: (1) reduce

8   the number of hearings required in order to dispose of a criminal case; (2) avoid having

9   more cases added to the court's trial calendar, while still discharging the government's duty

10  to prosecute federal crimes; (3) reduce the amount of time between complaint and

11  sentencing; and (4) avoid adding significant time to the grand jury calendar to seek

12  indictments in immigration cases, which in turn reduces court costs.

13         3.      The government has made a plea offer in this case that requires defendant to

14  waive specific rights and hearings in exchange for "fast-track" downward departure under

15  USSG § 5K3.1. This offer will be withdrawn if it is not timely accepted before this matter is

16  indicted and before a preliminary hearing is held.

17         4.      Under Federal Rule of Criminal Procedure 5.1(c), the Court "must hold the

18  preliminary hearing within a reasonable time, but no later than 14 days after the initial

19  appearance if the defendant is in custody . . . ."

20         5.      However, under Rule 5.1(d), "[w]ith the defendant's consent and upon a

21  showing of good cause—taking into account the public interest in the prompt disposition of

22  criminal cases—a magistrate judge may extend the time limits in Rule 5.1(c) one or more

23  times . . . ."

24

6.    Furthermore, under the Speedy Trial Act, 18 U.S.C. § 3161(b), "[a]ny information or indictment charging an individual with the commission of an offense shall be filed within thirty days from the date on which such individual was arrested or served with a summons in connection with such charges."

7.    Defendant needs additional time to review the discovery and investigate potential defenses to make an informed decision as to how to proceed, including whether to accept the fast-track plea agreement.

8.    Accordingly, the parties jointly request that the Court schedule the preliminary hearing in this case no sooner than 75 days from today's date.

9.    Defendant is in custody and agrees to the extension of the 14-day deadline imposed by Rule 5.1(c) and waives any right to remedies under Rule 5.1(c) or 18 U.S.C. § 3161(b), provided that the information or indictment is filed on or before the date ordered pursuant to this stipulation .

10.    The parties agree to the extension of that deadline.

11.    This extension supports the public interest in the prompt disposition of criminal cases by permitting defendant to consider entering into a plea agreement under the United States Attorney's Office's fast-track program for § 1326 defendants.

12.    Accordingly, the additional time requested by this stipulation is allowed under Federal Rule of Criminal Procedure 5.1(d).

13.    In addition, the parties stipulate and agree that the time between today and the scheduled preliminary hearing is excludable in computing the time within which the defendant must be indicted and the trial herein must commence pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(b) and (h)(7)(A), considering the factors under 18 U.S.C. § 3161(h)(7)(B)(i) and (iv).

3

1    14.    This is the first request for an extension of the deadlines by which to conduct

2  the preliminary hearing and to file an indictment.

3        DATED this 27 day of June, 2023.

4                                    Respectfully submitted,

5                                    JASON M. FRIERSON
                                     United States Attorney
6

7    _____     /s/ Justin Washburne
                                     JUSTIN J. WASHBURNE
     Assistant Federal Public Defender  Assistant United States Attorneys
8    Counsel for Defendant
     ALEXIS HUMBERTO LOPEZ-
9    CACERES

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

1  JASON M. FRIERSON
   United States Attorney
2  Nevada Bar Number 7709
   JUSTIN WASHBURNE
3  Assistant United States Attorneys
   501 Las Vegas Boulevard South, Suite 1100
4  Las Vegas, Nevada 89101
   Telephone: 702.388.6378
5  Justin.Washburne@usdoj.gov
   *Attorneys for the United States*

6

                    UNITED STATES DISTRICT COURT
7                      DISTRICT OF NEVADA

8  UNITED STATES OF AMERICA,          Case No. 2:23-mj-00548-DJA

9           Plaintiff,                ORDER   on Stipulation to
                                      **Extend Deadlines to Conduct Preliminary**
10     v.                            **Hearing and File Indictment**

11 ALEXIS HUMBERTO LOPEZ-
   CACERES,
12     aka "ALEXIS LOPEZ"
       aka "ALEXIS CACERES"
13     aka "ALEXIS CACERES-LOPEZ,"

14

15          Defendant.

16

17         Based on the stipulation of counsel, good cause appearing, and the best interest of

18 justice being served; the time requested by this stipulation being excludable in computing

19 the time within which the defendant must be indicted and the trial herein must commence

20 pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(b) and (h)(7)(A), and Federal Rule of

21 Criminal Procedure 5.1, considering the factors under 18 U.S.C. § 3161(h)(7)(B)(i) and (iv):

22

23

24

1     IT IS THEREFORE ORDERED that the preliminary hearing currently scheduled

2  July 11, 2023, at 4:00 p.m., be vacated and continued to
   September 18, 2023, at 4:00 p.m., Courtroom 3A.

3
                    30th
4         DATED this ___ day of June, 2023.

5

6                                    _____
                                     HONORABLE DANIEL ALBREGTS
7                                    UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24